Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOMAYOUN SADR-ARHAMI** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TAX RISE INC.; ESSAM ABDULLAH A.K.A. SAM PRICE; FIDELITY TAX RELIEF LLC; BRIDGLEY INC.; ALEEVLY INC.; PRICE HOLDINGS, INC.; OPTIMA ADVOCATES, INC.,** and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-06862-DSF-PVC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 10th Day of May, 2021,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff


By: s/ Anthony L. Marcus, Esq.
ANTHONY L. MARCUS
Attorneys for Defendant

Filed electronically on this 10th Day of May, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dale S. Fischer
United States District Court
Central District of California

And all counsel registered on ECF.

This 10th Day of May, 2021.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN