JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMAYOUN SADR-ARHAMI individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>TAX RISE INC.; ESSAM ABDULLAH A.K.A. SAM PRICE; FIDELITY TAX RELIEF LLC; BRIDGLEY INC.; ALEEVLY INC.; PRICE HOLDINGS, INC.; OPTIMA ADVOCATES, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-06862-DSF-PVC<br><br>**ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

   IT IS SO ORDERED.

DATED: May 10, 2021

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE